IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TRAE JAVAR COMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24CV706 |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant(s). ) | |

### **JUDGMENT**

On December 2, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms and in the proper district, which corrects the defects cited in the Magistrate Judge's Recommendation.

/s/   Thomas D. Schroeder
United States District Judge

January 2, 2025